**Leopold O.V. ENWONWU,**
**Plaintiff—Appellant,**

v.

**BRANCH BANKING & TRUST COMPANY; House of Raeford Farms, Incorporated, d/b/a House of Raeford Columbia Farms; Allan Risinger; Eric Liles, Defendants—Appellees.**

**No. 10–2329.**

United States Court of Appeals,
Fourth Circuit.

Submitted: May 31, 2011.

Decided: June 7, 2011.

Leopold O.V. Enwonwu, Appellant Pro Se. Rachel Gottlieb Peavy, Robinson, Mcfadden & Moore, P.C., Columbia, South Carolina; John S. Simmons, Simmons Law Firm, L.L.C., Columbia, South Carolina, for Appellees.

Before WILKINSON and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Leopold O.V. Enwonwu appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. §§ 1981, 1983, and 1985 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Enwonwu v. Branch Banking & Trust Co.,* No. 3:10–cv–00858–CMC, 2010 WL 4674257 (D.S.C. Nov. 10, 2010). We deny the motion for summary reversal and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*